UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAYMOND T. FULLER, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD C. WINTER, Secretary of the Navy, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-2147 (JDB) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant Donald C. Winter, Secretary of the Navy, respectfully requests a 30-day extension of time in which to file his initial response to the complaint in this case. Plaintiff, through his counsel, graciously consents to the relief being sought in this motion. The grounds for this motion are set forth below and a proposed order is attached.

Plaintiff filed this action under the Administrative Procedure Act. He seeks review of a decision by the Board of Correction for Naval Records ("BCNR") concerning plaintiff's discharge from the Navy in 2000. Plaintiff filed the action on December 15, 2006, and a copy of the complaint, along with a summons, were received in the Civil Division of the U.S. Attorney's Office on December 19, 2006. Accordingly, defendant's initial response to the complaint is currently due on February 20, 2007.

Promptly after the U.S. Attorney's Office assigned daily responsibility for this matter internally to an Assistant United States Attorney ("AUSA"), she made contact with Navy personnel to obtain information and to consult on defenses to the claims raised. As of the filing

of this motion, the Navy has provided the administrative record and other necessary information to the U.S. Attorney's Office. The AUSA assigned to this case, however, has been preparing to assist with a trial in an employment case, Desmond v. Gonzales, Civil Action No. 03-1729 (CKK). The trial is scheduled to begin on February 20, 2007, and counsel has spent the overwhelming majority of time since receiving the material from the Navy in this case preparing submissions, witnesses, and presentations for the Desmond trial. Accordingly, defendant needs some additional time to respond to the complaint.

This is defendant's first request for an extension of time to respond to the complaint. The need to become familiar with the administrative record underlying the BCNR's decision requires time. This motion is filed in good faith and granting it will not unduly delay the Court's ability to resolve this case. Indeed, the interests of the parties and the Court are better served by providing sufficient time for the government to respond to the complaint in a way which will advance the ultimate resolution of this case and present the issues for decision sharply.

## Conclusion

For all of these reasons, defendant respectfully requests that the deadline for filing an initial response to the complaint be extended from February 20, 2007 through and including March 20, 2007.

Date: February 19, 2007.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

      /s/
_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND T. FULLER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2147 (JDB) |
| ) | |
| DONALD C. WINTER, Secretary of the Navy, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION of defendant's first consent motion for extension of time to respond to the complaint and the entire record in this matter, the Court finds good cause for the relief being sought. Accordingly, it is this _____ day of _____, 2007

**ORDERED** that defendant's motion is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including March 20, 2007 to file his initial response to the complaint.

_____
JOHN D. BATES
United States District Judge

Copies To Counsel of Record Through ECF