UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND T. FULLER, JR., )<br>)<br>  Plaintiff, )<br>)<br>  v.            )<br>)<br>DONALD C. WINTER, Secretary of the Navy, )<br>)<br>  Defendant. )<br>) | Civil Action No. 06-2147 (JDB) |

**MEET AND CONFER STATEMENT AND
JOINT PROPOSED BRIEFING SCHEDULE**

     Plaintiff Raymond T. Fuller, Jr. and Defendant Donald C. Winter, Secretary of the Navy, by and through their undersigned counsel, have conferred regarding a proposed briefing schedule for dispositive motions in this case. This is a case brought under the Administrative Procedure Act seeking review of a decision by the Board for Correction of Naval Records ("BCNR"). Plaintiff was discharged from active duty on December 31, 2000, and filed his application with the BCNR in December, 2003. The Navy issued its final decision denying plaintiff's application on December 16, 2005. Plaintiff filed the instant action on December 15, 2006.

     Counsel for both parties are unusually busy in the next several weeks with a number of matters in other cases. In particular, counsel for plaintiff was recently ordered to file a merits brief and a reply in the Fifth Circuit in a case involving the death penalty and will have to argue the case in May . Plaintiff's counsel also anticipates traveling to Iraq for court-martial proceedings over the summer. Accordingly, the proposed schedule takes into account a number of factors and needs for both sides and attempts to strike a reasonable balance with the placing this case in a posture for the Court to resolve as expeditiously as possible. Thus, the proposed

schedule leaves some extra time for the preparation of motions and less time later in the schedule for responses when counsel anticipate having more time to devote to this case. The parties respectfully request the following schedule:

| | |
|---|---|
| Administrative Record filed by Defendant: | April 20, 2007 |
| Defendant's motion for summary judgment: | July 11, 2007 |
| Plaintiff's opposition & cross-motion: | August 28, 2007 |
| Defendant's reply & opposition: | September 28, 2007 |
| Plaintiff's reply: | October 22, 2007. |

A proposed order is attached.

Dated: March 20, 2007

Respectfully submitted,

/s/_____
DAVID P. SHELDON, D.C. Bar 446039
Law Offices of David P. Sheldon PLLC
512 8th Street, S.E.
Washington, D.C. 20003
202-546-9575 (phone)
202-546-0135 (fax)

Counsel for Plaintiff

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161 (phone)
(202) 514-8780 (fax)

Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND T. FULLER, JR., )<br>)<br>Plaintiff, )<br>)<br>v.                                                      )<br>)<br>DONALD C. WINTER, Secretary of the Navy, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-2147 (JDB) |

**<u>ORDER</u>**

UPON CONSIDERATION of the proposed schedule jointly proposed by the parties and the entire record in this case, the Court will enter the following schedule for proceeding:

| | |
|---|---|
| Administrative Record filed by Defendant: | April 20, 2007 |
| Defendant's motion for summary judgment: | July 11, 2007 |
| Plaintiff's opposition & cross-motion: | August 28, 2007 |
| Defendant's reply & opposition: | September 28, 2007 |
| Plaintiff's reply: | October 22, 2007. |

SO ORDERED.

_____                    _____
Date                                                      JOHN D. BATES
                                                               United States District Judge

**Copies to Counsel of Record Through ECF**