UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND T. FULLER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-2147 (JDB) |
| v. ) | |
| ) | |
| DONALD C. WINTER, ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

Upon consideration of the Joint Proposed Briefing Schedule submitted by the parties, and the entire record herein, it is hereby **ORDERED** that the parties shall abide by the following schedule:

1. Defendant shall file the Administrative Record by not later than April 20, 2007.

2. Defendant shall file his motion for summary judgment by not later than July 11, 2007.

3. Plaintiff shall file his opposition to defendant's motion, and any cross-motion for summary judgment, by not later than August 28, 2007.

4. Defendant shall file any reply in support of his motion, and an opposition to any cross-motion filed by plaintiff, by not later than September 28, 2007.

5. Plaintiff shall file any reply in support of his cross-motion by not later than October 22, 2007.

**SO ORDERED**.

/s/   John D. Bates
John D. Bates
United States District Judge

Dated:   March 20, 2007