UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND T. FULLER, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD C. WINTER, Secretary of the Navy, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-2147 (JDB) |

## DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, Donald C. Winter, the Secretary of the United States Navy, respectfully gives notice of the filing of the administrative file of the Board of Correction of Naval Records. Due to its length, the administrative record is being submitted to the Clerk's Office on CD-rom, and will be available for public viewing in the Clerk's Office between 9:00 a.m. and 4:00 p.m., Monday through Friday. The record's certification is also included.

A copy of the administrative record is being served on counsel for Plaintiff on this date.

Dated: April 19, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

Of Counsel:
Sergio F. Sarkany, Lieutenant, U.S. Navy
Litigation Attorney
Office of the Judge Advocate General
General Litigation Division