UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND T. FULLER, JR., )<br>)<br>         *Plaintiff*, )<br>)<br>v. )<br>)<br>DONALD C. WINTER, )<br>Secretary of the Navy, )<br>)<br>         *Defendant*. )<br>) | Civil No.  1:06-cv-02147-JDB |

**CONSENT MOTION TO ENLARGE TIME FOR PLAINTIFF
TO FILE OPPOSITION AND CROSS-MOTION
IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff hereby moves for a 30-day enlargement of time in which to file his opposition and cross-motion in response to Defendant's Motion for Summary Judgment.  On August 21, 2007, undersigned counsel consulted with defendant's counsel Jane M. Lyons, who gave her consent to this motion.

The enlargement of time is required for the following reasons: (1) Counsel for Plaintiff has an extraordinarily heavy docket involving military courts-martial (including in southeast Asia) and other federal proceedings (capital litigation in the 5th Circuit); (2) Counsel for Plaintiff is facing difficulties involving care of elderly family members; and (3) Defendant's opposition brief raises substantial issues.

The briefing schedule as currently set in this case is as follows:

Plaintiff's opposition & cross-motion:        August 28, 2007

Defendant's reply & opposition:                September 28, 2007

Plaintiff's reply:                                         October 22, 2007

Thus, Plaintiff's opposition and cross-motion are currently due on or before August 28, 2007. If the Court grants this Consent Motion to enlarge time, then Plaintiff's opposition and cross-motion will be due on or before September 27, 2007. Further, the parties respectfully request the following revised briefing schedule:

| | |
|---|---|
| Plaintiff's opposition & cross-motion: | September 27, 2007 |
| Defendant's reply & opposition: | October 29, 2007 |
| Plaintiff's reply: | November 20, 2007 |

Plaintiff has filed no previous request for enlargement of time regarding this opposition and cross-motion.

WHEREFORE, Plaintiff requests that this enlargement be granted, and that the Court approve the above revised briefing schedule. A minute order is requested

Respectfully submitted,

\_\_\_\_\_/s/_____

David P. Sheldon (446039)
LAW OFFICES OF DAVID P. SHELDON, PLLC
Barracks Row
512 8th Street, S.E.
Washington, D.C. 20003
(202) 546-9575

Attorney for Plaintiff

August 24, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that on this 24th day of August, 2007, I caused to be served, via the Court's Electronic Case Filing System, a true and correct copy of the foregoing Consent Motion to Enlarge Time upon Defendant's attorney Jane M. Lyons.

Respectfully submitted,

\_\_\_\_\_/s/_____
David P. Sheldon (446039)
LAW OFFICES OF DAVID P. SHELDON, PLLC
Barracks Row
512 8th Street, S.E.
Washington, D.C. 20003
(202) 546-9575
(202) 546-0135 (fax)

Attorney for Plaintiff