# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND T. FULLER, JR., ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil No.  1:06-cv-02147-JDB |
| ) | |
| DONALD C. WINTER, ) | |
| Secretary of the Navy, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

## CONSENT MOTION TO ENLARGE TIME FOR PLAINTIFF
## TO FILE OPPOSITION AND CROSS-MOTION
## IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff hereby moves for a 1-week enlargement of time in which to file his opposition and cross-motion in response to Defendant's Motion for Summary Judgment.  On September 27, 2007, undersigned counsel consulted with defendant's counsel Jane M. Lyons, who gave her consent to this motion.

The enlargement of time is required because Counsel for Plaintiff has an extraordinarily heavy docket, involving military courts-martial and other federal proceedings.  These proceedings include filing summary judgment briefing and related documents in this Court this week in *Dougherty v. Wynne*, Case No. 1:06-cv-02146-TFH; and filing a petition for writ of certiorari in the Supreme Court of the United States on September 20, 2007, in *Harrow v. United States*.

The briefing schedule as currently set in this case is as follows:

| | |
|---|---|
| Plaintiff's opposition & cross-motion: | September 27, 2007 |
| Defendant's reply & opposition: | October 29, 2007 |
| Plaintiff's reply: | November 20, 2007 |

Thus, Plaintiff's opposition and cross-motion are currently due on or before September 27, 2007. If the Court grants this Consent Motion to enlarge time, then Plaintiff's opposition and cross-motion will be due on or before October 4, 2007. Further, the parties respectfully request the following revised briefing schedule:

| | |
|---|---|
| Plaintiff's opposition & cross-motion: | October 4, 2007 |
| Defendant's reply & opposition: | November 5, 2007 |
| Plaintiff's reply: | November 27, 2007 |

Plaintiff has filed one previous request for enlargement of time regarding this opposition and cross-motion.

WHEREFORE, Plaintiff requests that this enlargement be granted, and that the Court approve the above revised briefing schedule. A minute order is requested

Respectfully submitted,

/s/
_____

David P. Sheldon (446039)
LAW OFFICES OF DAVID P. SHELDON, PLLC
Barracks Row
512 8th Street, S.E.
Washington, D.C. 20003
(202) 546-9575

Attorney for Plaintiff

September 27, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that on this _____th day of September, 2007, I caused to be served, via the Court's Electronic Case Filing System, a true and correct copy of the foregoing Consent Motion to Enlarge Time upon Defendant's attorney Jane M. Lyons.

                                              Respectfully submitted,

                                              _____/s/_____
                                              David P. Sheldon (446039)
                                              LAW OFFICES OF DAVID P. SHELDON, PLLC
                                              Barracks Row
                                              512 8th Street, S.E.
                                              Washington, D.C. 20003
                                              (202) 546-9575
                                              (202) 546-0135 (fax)

                                              Attorney for Plaintiff