UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND T. FULLER, JR.,       )<br>                                              )<br>          Plaintiff,                     )<br>                                              )<br>     v.                                      )<br>                                              )<br>DONALD C. WINTER, Secretary of the Navy,  )<br>                                              )<br>          Defendant.                  )<br>                                              ) | Civil Action No. 06-2147 (JDB) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant Donald C. Winter, Secretary of the Navy, respectfully requests a two week extension of time in which to file his reply and opposition to plaintiff's cross-motion for summary judgment in this case complaint in this case. Plaintiff, through his counsel, graciously consents to the relief being sought in this motion. The grounds for this motion are set forth below and a proposed order is attached.

Plaintiff filed this action under the Administrative Procedure Act to challenge a decision by the Board of Correction for Naval Records ("BCNR") concerning plaintiff's discharge from the Navy in 2000. Defendant filed an answer and the administrative record. On July 11, 2007, defendant filed his motion for summary judgment. See Docket Entry No. 8. After plaintiff obtained some additional time from the Court with defendant's consent, plaintiff filed his opposition and cross-motion for summary judgment on October 4, 2007. See Docket Entry Nos. 12-13. Under the current briefing schedule, defendant's reply and opposition would be due on November 5, 2007. See Sept. 27, 2007 Minute Order. Undersigned counsel with daily

responsibility for this case will be out of town on that date because two of her siblings have kindly arranged a trip to celebrate a milestone birthday for undersigned counsel during that week. In addition to various discovery matters and other responsibilities, undersigned counsel has motions for summary judgment due in two employment discrimination cases during the week of October 29, 2007, as well as a brief due in the D.C. Circuit on November 13, 2007. More significantly, however, having reviewed plaintiff's submission and begun analyzing the arguments raised, counsel assisting with this case from the Navy is scheduled to be out of the office during the week of October 29, 2007 and counsel together need sufficient time to consult and to prepare an appropriate and thorough response to plaintiff.

      Granting this motion will not unduly delay the Court's ability resolve this matter. Nothing in the Complaint or in plaintiff's cross-motion or conduct thus far suggests any particular need for urgency. This motion is filed in good faith. Indeed, the interests of the parties and the Court are better served by providing sufficient time for the government to respond to the plaintiff's arguments in a way which presents the issues clearly.

      Plaintiff's reply is currently due on November 27, 2007. Extending plaintiff's reply by the same two weeks requested in this motion by defendant would result in plaintiff's reply deadline being moved to December 11, 2007, and defendant respectfully suggests that the Court proceed to extend plaintiff's deadline as well to reduce the number of motions necessary to complete the briefing in this matter.

**Conclusion**

For all of these reasons, defendant respectfully requests that the deadline for filing his reply and opposition to plaintiff's cross-motion for summary judgment be extended from November 5, 2007 through and including November 19, 2007. A proposed order is attached.

Date: October 16, 2007.

                Respectfully submitted,

                JEFFREY A. TAYLOR, D.C. Bar #498610
                United States Attorney

                /s/
                RUDOLPH CONTRERAS, D.C. Bar #434122
                Assistant United States Attorney

                /s/
                JANE M. LYONS, D.C. BAR # 451737
                Assistant United States Attorney
                555 4th Street, N.W. - Room E4822
                Washington, D.C.  20530
                (202) 514-7161
                (202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND T. FULLER, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD C. WINTER, Secretary of the Navy, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-2147 (JDB) |

**O R D E R**

UPON CONSIDERATION of defendant's consent motion for extension of time to file his reply and opposition to plaintiff's cross-motion for summary judgment in this matter, the Court finds good cause for the relief being sought. Accordingly, it is this _____ day of _____, 2007

**ORDERED** that defendant's motion is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including November 19, 2007 to file reply and opposition to plaintiff's cross-motion. Plaintiff shall file his reply by December 11, 2007.

_____
JOHN D. BATES
United States District Judge

Copies To Counsel of Record Through ECF