UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND T. FULLER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-2147 (JDB) |
| | ) |
| DONALD C. WINTER, Secretary of the Navy, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant Donald C.

Winter, Secretary of the Navy, respectfully requests a short extension of time in which to file his

reply and opposition to plaintiff's cross-motion for summary judgment in this case  complaint in

this case.  Specifically, defendant requests that the deadline be moved from November 19, 2007

until November 27, 2007.  Plaintiff, through his counsel, graciously consents to the relief being

sought in this motion.  The grounds for this motion are set forth below and a proposed order is

attached.

Plaintiff filed this action under the Administrative Procedure Act to challenge a decision

by the Board of Correction for Naval Records ("BCNR") concerning plaintiff's discharge from

the Navy in 2000. Defendant filed an answer and the administrative record.  On July 11, 2007,

defendant filed his motion for summary judgment.  See Docket Entry No. 8.  After plaintiff

obtained some additional time from the Court with defendant's consent, plaintiff filed his

opposition and cross-motion for summary judgment on October 4, 2007.  See Docket Entry Nos.

12-13.  Under the current briefing schedule, with the Court having already extended defendant's

deadline by two weeks, defendant's reply and opposition would be due on November 19, 2007.

See October 16, 2007 Minute Order.  Since the Court last extended the deadline, counsel for

defendant have made substantial progress on the brief to be filed in this case, but both counsel at

the Navy and in the U.S. Attorney's Office were recently derailed by some urgent matters

relating to detainee litigation.  In addition, undersigned counsel has an active docket of cases

with other deadlines, and the Thanksgiving Day holiday is due to be observed on November 22,

2007.  Counsel for the government are working diligently to complete work on this brief as

quickly as possible within the existing constraints.

        Granting this motion will not unduly delay the Court's ability resolve this matter.

Nothing in the Complaint or in plaintiff's cross-motion or conduct thus far suggests any

particular need for urgency.  This motion is filed in good faith.  Indeed, the interests of the parties

and the Court are better served by providing sufficient time for the government to respond to the

plaintiff's arguments in a way which presents the issues clearly.

## Conclusion

        For all of these reasons, defendant respectfully requests that the deadline for filing his

reply and opposition to plaintiff's cross-motion for summary judgment be extended from

November 19, 2007 through and including November 27, 2007.  A proposed order is attached.

        Date: November 16, 2007.

                                Respectfully submitted,


                                _____
                                JEFFREY A. TAYLOR, D.C. Bar #498610
                                United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
RAYMOND T. FULLER, JR.,                 )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )        Civil Action No. 06-2147 (JDB)
                                        )
DONALD C. WINTER, Secretary of the Navy,)
                                        )
            Defendant.                  )
_____)

## O R D E R

UPON CONSIDERATION of defendant's consent motion for extension of time to file his reply and opposition to plaintiff's cross-motion for summary judgment in this matter, the Court finds good cause for the relief being sought.  Accordingly, it is this _____ day of

_____, 2007

**ORDERED** that defendant's motion is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including November 27, 2007 to file reply and opposition to plaintiff's cross-motion.


                                    _____
                                    JOHN D. BATES
                                    United States District Judge


Copies To Counsel of Record Through ECF