UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND T. FULLER, JR. )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>DONALD C. WINTER, )<br>Secretary of the Navy, )<br>)<br>*Defendant*. )<br>) | Civil Action No. 06-2147 (JDB) |

**CONSENT MOTION TO WAIVE FILING OF APPENDIX
REQUIRED BY LCvR 7(n), OR IN THE ALTERNATIVE,
FOR ENLARGEMENT OF TIME TO FILE APPENDIX**

This action seeks review of a final agency decision under the Administrative Procedures Act, 5 U.S.C. § 701, et. seq. Plaintiff respectfully moves this Court to waive the requirement to file an appendix as required by LCvR 7(n). The following good cause exists to grant this motion:

1. On April 10, 2007, LCvR 7 was amended to include LCvR 7(n) which requires the filing of an appendix, to be prepared jointly by the parties, "containing copies of those portions of the administrative record that are cited or otherwise relied upon in any memorandum in support of or in opposition to any dispositive motion." The comment accompanying LCvR 7(n) states the "rule is intended to assist the Court in cases involving a voluminous record (e.g., environmental impact statements) by providing the Court with copies of relevant portions of the record relied upon in any dispositive motion."

2. On April 19, 2007, Defendant filed the Administrative Record in this case.

3. The Administrative Record previously filed with the Court is a relatively small record of less than 290 pages. The pleadings filed by Plaintiff and Defendant include citations that refer to

much of the Administrative Record. In this case, filing a joint appendix would only create an additional filing that would duplicate much of the Administrative Record that has already been filed. Rather than assisting the Court, a joint appendix would create an additional record that would be of limited value to the Court and would not fulfill the purpose for which LCvR 7(n) is intended.

    4. Defendant, through counsel, has consented to this motion.

The appendix is currently due to be filed on or before December 21, 2007. In the alternative, if the Court does not grant the consent motion to waive the filing of an appendix as required by LCvR 7(n), the parties respectfully request an enlargement of time to file the appendix up to and including January 11, 2008.

                                            Respectfully submitted,

                                            /s/
                                          David P. Sheldon (446039)
                                          LAW OFFICES OF DAVID P. SHELDON, PLLC
                                          Barracks Row
                                          512 8th Street, S.E.
                                          Washington, D.C. 20003
                                          (202) 546-9575

                                          Attorney for Plaintiff

December 14, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAYMOND T. FULLER, JR., | ) |
|  | ) |
| *Plaintiff*, | ) |
|  | ) |
| v. | ) Civil Action No. 06-2147 (TFH) |
|  | ) |
| DONALD C. WINTER, | ) |
| Secretary of the Navy, | ) |
|  | ) |
| *Defendant*. | ) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion to Waive the Filing of an Appendix Required by LCvR 7(n), and the entire record of this case, it is

ORDERED that the motion is GRANTED. Accordingly, the parties are relieved of the requirement to file the appendix described in LCvR 7(n).

Dated this _____ day of _____, 2007.

_____
United States District Judge