UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND T. FULLER, JR., <br><br> Plaintiff, <br><br> v. <br><br> DONALD C. WINTER, <br> Secretary of the Navy, <br><br> Defendant. | Civil Action No.  06-2147 (JDB) |

**ORDER**

Upon consideration of [8] the Secretary of the Navy's motion for summary judgment and [13] Raymond Fuller's cross-motion for summary judgment, the oppositions and replies thereto, the entire record herein, and for the reasons identified in the Memorandum Opinion issued on this date, it is hereby **ORDERED** that:

1. The Secretary's motion for summary judgment is **DENIED**; it is further

2. **ORDERED** that Raymond Fuller's cross-motion for summary judgment is **GRANTED**; and it is further

3. **ORDERED** that the Secretary's decision dated December 16, 2005 is hereby **VACATED** and **REMANDED** for further proceedings consistent with the Memorandum Opinion issued on this date.

   **SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date:  March 14, 2008

-1-